**UNITED STATES of America,**
**Appellant,**

v.

**Arthur James EAGLE FEATHER,**
**Appellee.**

**No. 00–2663.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 3, 2001.

Filed Jan. 25, 2001.

of Arkansas.

sentencing transcript shows that the court considered Eagle Feather's criminal history, proclivity for similar conduct against other children, dangerousness, and potential for recidivism. The resulting sentence does not shock the conscience. *See United States v. Brenneman,* 918 F.2d 745, 746 (8th Cir.1990) (pre-Guidelines sentence within applicable statutory limits is reviewed only for manifest or gross abuse of discretion which results in sentence so severe as to shock judicial conscience).

Accordingly, we affirm the judgment of the district court.

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

PER CURIAM.

Arthur James Eagle Feather pleaded guilty to aggravated sexual abuse of a minor, in violation of 18 U.S.C. §§ 1153, 2241(a)(1), and 2246(2)(A). As the offense occurred prior to the effective date of the Sentencing Guidelines, the district court[1] imposed a non-Guidelines sentence of eighty-two years imprisonment, and directed that Eagle Feather would be eligible for parole after serving one-third of the sentence. On appeal, Eagle Feather challenges the severity of the sentence.

We are satisfied that the district court carefully exercised its discretion. The

---

1. The Honorable Charles B. Kornmann, United States District Judge for the District of      South Dakota.